# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR LOOP, | Case No.: SACV 14-01603-JLS (ANx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| AFFILIATED COMPUTER SERVICES, INC. and DOES I through X, inclusive; ROE Corporations I through X, inclusive, | *(Assigned to Honorable Josephine L. Staton)* |
| Defendant. | |

On November 25, 2014, the Court granted Defendant Xerox Education Services, LLC's d/b/a Affiliated Computer Services, Inc. Motion to Dismiss Plaintiff's Complaint. (Doc. 12.) The Court's Order required Plaintiff to file any motion for leave to file an amended complaint within twenty-one (21) days, or the matter would be administratively closed and judgment entered in favor of Defendant. (*Id.*) To date, Plaintiff has not filed an amended complaint.

1  Accordingly, on January 6, 2015, the Court administratively closed the case.  (Doc.
2  13.)
3      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:
4      1.   Judgment is entered in favor of Defendant Xerox Education Services,
5           LLC's d/b/a Affiliated Computer Services, Inc.;
6      2.   Plaintiff's Complaint in the above-captioned matter, and each and
7           every claim alleged therein, is dismissed with prejudice; and
8      3.   Plaintiff shall recover nothing in this action.

**SO ORDERED:**

Dated:   January 15, 2015

_____
Honorable Josephine L. Staton
United States District Judge